**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Fernando AVILES–CISNEROS,
Defendant—Appellant.**

No. 07–30385.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Helen J. Brunner, Esquire, Douglas B. Whalley, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Lenell Nussbaum, Esquire, Attorney at Law, Seattle, WA, for Defendant–Appellant.

Fernando Aviles–Cisneros, Seattle, WA, pro se.

Before: ALARCÓN, LEAVY and TALLMAN, Circuit Judges.

MEMORANDUM **

Fernando Aviles–Cisneros appeals from his guilty-plea conviction and 37–month sentence for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aviles–Cisneros's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has submitted a pro se supplemental opening brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Appellant's motion to correct the sentencing transcript is **DENIED.** *See* Fed. R.App. P. 10(e).

Counsel's motion to withdraw is **GRANTED.**

The district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.